The Honorable Philip H. Brandt
Chapter 11
*Ex Parte*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

JAMES D. PIPPIN,

      Debtor.

Case No. 09-19028-PHB

Chapter: 11

ORDER TO CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7

THIS MATTER came Ex Parte before this Court on Debtor's Motion to Convert Case from Chapter 11 to a Chapter 7 Case pursuant to 11 USC § 1112, the Court having reviewed and considered the Declaration of Counsel and the pleadings on file herein, and the Court finding that notice and opportunity for hearing on the Motion were adequate and that good cause exists for entry of this Order, it is now, therefore, hereby,

ORDERED that the Debtor's Chapter 11 proceeding is immediately converted to a Chapter 7 proceeding.

DATED this ___ day of February, 2010.

                        /s/ PHB
                        United States Bankruptcy Judge
                        (Dated as of Entered on Docket date above)

//

//

//

ORDER ON MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13 - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-19028-PHB    Doc 45    Filed 02/24/10    Entered 02/24/10 11:40:00    Page 1 of 2

Presented by:

Seattle Debt Law

    */s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtor

ORDER ON MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13 - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-19028-PHB    Doc 45    Filed 02/24/10    Entered 02/24/10 11:40:00    Page 2 of 2