Form opcschs (09/2008)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

James D Pippin

Debtor(s).

Case Number: 09−19028−PHB
Chapter: 7

## ORDER TO FILE POST−CONVERSION SCHEDULES

**Chapter 7 Statement of Current Monthly Income and Means Test Calculation (Form 22A) must be filed**

TO: Debtor(s) and Debtor's Attorney

This case was converted from Chapter 11 to 7 on **March 2, 2010**. It is hereby

ORDERED that the Debtor(s) shall file by **March 16, 2010**, amended schedules, statements and documents, including the statement of current monthly income (means testing form)*, required by Interim Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007−1(b), or a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents. It is further

ORDERED that if the schedules filed by the debtor(s) contain additional creditors, the debtor(s) shall mail to the trustee and any additional creditors a copy of the sec. 341 meeting notice pursuant to LBR 1009−1(c)(2).

Dated: March 11, 2010

Mark L. Hatcher
Clerk of the Bankruptcy Court

BY: Nigel Stevenson
Deputy Clerk

*In a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed prior to October 16, 2005.