Form oscpcsch (12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

James D Pippin

Debtor(s).

Case Number: 09–19028–PHB
Chapter: 7

## ORDER TO SHOW CAUSE FOR FAILURE TO FILE POST–CONVERSION SCHEDULES

The Debtor(s) has not complied with the Court order requiring the filing of schedules, statements, or documents. Pursuant to LBR 1007–1(b), it is hereby

ORDERED that the Debtor(s) appear before the Court on **May 6, 2010** at **10:30 AM** in **U.S. Courthouse, Room 8106, 700 Stewart St, Seattle, WA 98101** and show cause why this case should not be dismissed, or other appropriate action taken, due to the Debtor's failure to comply with the previous Court order.

If the schedules, statements, and documents, or a declaration that there has been no change since filing the original schedules, are filed seven days prior to the hearing, then the Debtor(s) need not appear.

Any other party opposing dismissal of this case shall file a written response stating the basis of the opposition not later than seven calendar days prior to the hearing. Copies of the response shall be served on the Debtors (or counsel, if represented), the Trustee, and the United States Trustee.

Dated: March 17, 2010

Philip H. Brandt
United States Bankruptcy Judge